UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>              Plaintiff,<br><br>vs.<br><br>Jason Wiley<br><br>              Defendant. | District No.   2:10-CR-0456-LDG-VCF |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On July 2nd, 2012 this court received a transcript order form dated July 2nd, 2012 requesting a Transcript of the Jury Trial held on November 15th, 2011 and November 17th, 2011 from Mr. Brett Whipple, Counsel for Mr. Jason Wiley, in which **a portion of each trial day is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 5TH day of July, 2012.

_____
Lloyd D. George
United States Judge