DANIEL G. BOGDEN
United States Attorney
ADAM FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-CR-456-LDG-VCF |
| ) | |
| Plaintiff, ) | **Government's Request for Stay of Briefing Until 30 Days After Counsel Provides Affidavit.** |
| ) | |
| vs. ) | |
| ) | |
| JASON WILEY, ) | |
| ) | |
| Defendant. ) | |

The United States of America by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and ADAM FLAKE, Assistant United States Attorney, respectfully requests this Court stay the government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion, currently set for March 9, 2015, to 30 days after the date Bret Whipple provides the affidavit requested in the Government's Motion to Waive Attorney-Client Privilege, filed concurrently with this motion.

This stay is sought because the government cannot properly respond to Defendant's 28 U.S.C. § 2255 motion without the affidavit from Whipple.

**CONCLUSION**

WHEREFORE, based on the foregoing, it is respectfully requested that this Court reset the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion to 30 days

after Bret Whipple provides the information requested in the motion to waive the attorney-client privilege.

Dated this 19th day of February, 2015.

DANIEL G. BOGDEN
United States Attorney

   s/
ADAM FLAKE
Assistant United States Attorney

ORDER

IT IS SO ORDERED.
DATED this 20 day of February, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge

2