UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON WILEY,<br><br>    Defendant. | Case No.: 2:10-CR-456-LDG-VCF<br><br>**Order Granting Government's Motion to Waive Attorney-Client Privilege with Respect to Claim of Ineffective Assistance in Defendant's 28 U.S.C. § 2255 Motion.** |

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in case No. 2:10-cr-456-LDG-VCF is waived with respect to Defendant's allegation that Bret Whipple was ineffective in preparing for trial, and that Bret Whipple shall provide the Government with an affidavit addressing the allegations of ineffective assistance in Defendant's 28 U.S.C. § 2255 motion no later than 30 days from the date of this order.

DATED this ___ day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE