DANIEL G. BOGDEN
United States Attorney
ADAM FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-456-LDG-VCF |
| Plaintiff, | **Government's Request for 30-Day Continuance of Former Counsel to Provide Affidavit.** |
| vs. | |
| JASON WILEY, | |
| Defendant. | |

The United States of America by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and ADAM FLAKE, Assistant United States Attorney, respectfully requests that this Court grant a 30-day continuance of the due date for Defendant Jason Wiley's former counsel, Bret Whipple, to provide an affidavit responding to Wiley's allegation of ineffective assistance.

On February 20, 2015, pursuant to the government's motions, this Court ordered the attorney client-privilege waived with respect to allegations in Wiley's 28 U.S.C. § 2255 motion, ordered counsel Bret Whipple to provide the government with an affidavit responding to those allegations within 30 days (*i.e.*, March 23, 2015), and ordered the government to respond to Wiley's 28 U.S.C. § 2255 motion within 30 days of receiving Whipple's affidavit. *See* CR 209, 210. On February 27, the undersigned spoke with Whipple, who stated that he is engaged in a lengthy trial and does not believe he will be able to provide an affidavit within the time

provided by the court, but does believe that he could provide the affidavit if given an additional 30 days.

Accordingly, the government requests that this Court reset the due date for Whipple's affidavit to April 23, 2015, and reset the government's date for responding to Wiley's affidavit to 30 days from the date the government receives the affidavit.

## CONCLUSION

WHEREFORE, based on the foregoing, the government requests that this Court reset the due date for Whipple's affidavit to April 23, 2015, and reset the government's date for responding to Wiley's affidavit to 30 days from the date the government receives the affidavit.

Dated this 3rd day of March, 2015.

DANIEL G. BOGDEN
United States Attorney

   s/
ADAM FLAKE
Assistant United States Attorney

ORDER

IT IS SO ORDERED.
DATED this _6th_ day of March, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge

2