Sarah Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
*Attorney for Jason Wiley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| United States of America, | Case No. 2:10-cr-00456-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER ON EXTENDING BRIEFING SCHEDULE** |
| Jason Wiley, | |
| Defendant. | **(First Request)** |

Plaintiff The United States of America and Defendant Jason Wiley, by and through undersigned counsel, hereby agree and stipulate that the deadline by which Defendant may file a supplemental motion addressing his § 924(c) claims is extended to June 11, 2021. Accordingly, and pursuant to this Court's Order (ECF No. 261), Plaintiff's response thereto is extended to July 12, 2021 and Defendant's deadline to reply is extended to July 26, 2021. This is the parties' first

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED: May 25, 2021.

SARAH FERGUSON
McDonald Carano LLP

By: */s/ Sarah Ferguson*
Sarah Ferguson
McDonald Carano LLP

DATED: May 25, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By: */s/ Elizabeth O. White*
Elizabeth O. White
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2021

4839-7978-9282, v. 2