Sarah Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
*Attorney for Jason Wiley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| United States of America, | Case No. 2:10-cr-00456-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING RESENTENCING** |
| Jason Wiley, | |
| Defendant. | **(First Request)** |

Plaintiff The United States of America and Defendant Jason Wiley, by and through undersigned counsel, hereby agree and stipulate that the current date of January 13, 2022 to conduct the resentencing of Defendant Jason Wiley may be moved to a date sixty (60) to ninety (90) days out from the current date to a date and time convenient on the Court's calendar. This is the parties' first request for an extension of time and is not intended to cause any undue delay or

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

prejudice any party but simply to accommodate logistics in connection with this resentencing.

DATED: December 9, 2021.   DATED: December 9, 2021.

SARAH FERGUSON   CHRISTOPHER CHIOU
McDonald Carano LLP   Acting United States Attorney

By: /s/ Sarah Ferguson   By: /s/ Elizabeth O. White
Sarah Ferguson   Elizabeth O. White
McDonald Carano LLP   Assistant United States Attorney

ORDER

The resentening hearing currently scheduled for January 13, 2022 is vacated and continued to March 24, 2022, at 9:30 a.m. in Las Vegas Courtroom 6C.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 10, 2021

4882-4479-4118, v. 2

Page 2 of 2