Sarah Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
*Attorney for Jason Wiley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| United States of America, | Case No. 2:10-cr-00456-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING RESENTENCING** |
| Jason Wiley, | |
| Defendant. | **(Second Request)** |

Plaintiff The United States of America and Defendant Jason Wiley, by and through undersigned counsel, hereby agree and stipulate that the current date of March 24, 2022 at 9:30 a.m. to conduct the resentencing of Defendant Jason Wiley may be moved to May 3, 2022 at 11:00 a.m. This is the parties' second request for an extension of time and is not intended to cause any

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   undue delay or prejudice any party but simply to accommodate logistics in connection with this

2   resentencing.

3   DATED:  January 31, 2022.                    DATED:  January 31, 2022.

4   SARAH FERGUSON                               CHRISTOPHER CHIOU
    McDonald Carano LLP                          Acting United States Attorney

5

6   By:  */s/ Sarah Ferguson*_____             By:  */s/ Elizabeth O. White*_____
7   Sarah Ferguson                               Elizabeth O. White
    McDonald Carano LLP                          Assistant United States Attorney

8

9

10                                               IT IS SO ORDERED.

11

12

13                                               _____
                                                 UNITED STATES DISTRICT JUDGE

14                                               DATED:  ____February 1, 2022_____

15

16

17

18

19

20

21

22

23

24

25

26   4855-7622-1964, v. 1

27

28

Page 2 of 2