Sarah Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
*Attorney for Jason Wiley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jason Wiley,<br><br>　　　　Defendant. | Case No. 2:10-cr-00456-APG-VCF<br><br>**STIPULATION AND ORDER RE RESCHEDULING RESENTENCING**<br><br>**(Third Request)** |

　　　Plaintiff The United States of America and Defendant Jason Wiley, by and through undersigned counsel, hereby agree and stipulate that the current date of May 3, 2022 at 11:00 a.m. to conduct the sentencing of Defendant Jason Wiley may be moved to May 26, 2022 at 4:30 p.m. This is the parties' third request for an extension of time and is not intended to cause any

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

undue delay or prejudice any party, but is made to accommodate logistics related to Mr. Wiley's transport and the ability of the Probation Office to conduct his interview and issue a presentencing report for the parties' review.

DATED: April 6, 2022.

SARAH FERGUSON
McDonald Carano LLP

By: */s/ Sarah Ferguson*
Sarah Ferguson
McDonald Carano LLP

DATED: April 6, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

By: */s/ Elizabeth O. White*
Elizabeth O. White
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 11, 2022

4855-7622-1964, v. 1