**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>JASON WILEY,<br><br>   Defendant | Case No.: 2:10-cr-00456-APG-VCF<br><br>**Order for Briefing Regarding Certificate of Appealability** |

I previously stated on the record that I would grant a certificate of appealability to defendant Jason Wiley regarding my partial denial of his motion under 28 U.S.C. § 2255. *See* ECF No. 273 at 39-40. After I re-sentenced Wiley, I inadvertently failed to issue that certificate. The Ninth Circuit has remanded Wiley's appeal "for the limited purpose of issuing an order . . . specifying the issues that meet the required showing for a certificate of appealability." *See* June 30, 2022 Order in Ninth Circuit Case No. 22-10146.

A certificate of appealability must be

> based on a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)(B). The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. To meet this threshold inquiry, the petitioner must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further.

*United States v. Givens*, 268 F. Supp. 3d 1108, 1124 (D. Nev. 2017) (simplified). To properly frame the issues that will be the subjects of the certificate, the parties are to confer and file either a stipulation or cross briefs (limited to four pages) specifying the issues they believe meet the standard. By helping to frame the issues, the Government does not waive its ability to argue on appeal that the certificate is unwarranted.

I HEREBY ORDER the parties to confer and file either a stipulation or cross briefs specifying the issues they believe meet the standard for issuance of a certificate of appealability. The stipulation or briefs (limited to four pages) are due by July 22, 2022.

DATED: July 5, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE