# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>JASON WILEY,<br><br>  Defendant | Case No.: 2:10-cr-00456-APG-VCF<br><br>**Order Granting Certificate of Appealability** |

The Ninth Circuit has remanded this case "for the limited purpose of issuing an order . . . specifying the issues that meet the required showing for a certificate of appealability." *See* June 30, 2022 Order in Ninth Circuit Case No. 22-10146.

A certificate of appealability must be

> based on a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)(B). The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. To meet this threshold inquiry, the petitioner must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further.

*United States v. Givens*, 268 F. Supp. 3d 1108, 1124 (D. Nev. 2017) (simplified). I find that a certificate of appealability should issue on the question whether aiding and abetting Hobbs Act robbery is a qualifying crime of violence for a conviction under 18 U.S.C. § 924(c) in light of recent rulings from the Supreme Court of the United States.

/ / / /

/ / / /

/ / / /

I THEREFORE ISSUE a certificate of appealability on the question whether aiding and abetting Hobbs Act robbery is a qualifying crime of violence for a conviction under 18 U.S.C. § 924(c).

DATED: August 2, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE